02CR245

IN FORMA PAUPERIS DECLARATION
__DISTRICT COURT - WESTERN PENNSYLVANIA__
[Insert appropriate court]

William P. Morse III
(Petitioner)   07594-068
v.
U.S.
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, William P. Morse III, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  Yes ☐  No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   April 16, 2005    $4.06 per month

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ☐  No ☒
   b. Rent payments, interest or dividends?              Yes ☐  No ☒
   c. Pensions, annuities or life insurance payments?    Yes ☐  No ☒
   d. Gifts or inheritances?                             Yes ☐  No ☒
   e. Any other sources?                                 Yes ☒  No ☐

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.
   Family + Fiancee approximately $100/month used for phone calls, stamps + toiletries

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☒  No ☐  (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐  No ☒
   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.  N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date).

Oct 9, 2006                    William P. Morse III
                                Signature of Petitioner

### Certificate

I hereby certify that the movant herein has the sum of $ 46.23 on account to his credit at the FCI Ray Brook institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____

FCI Ray Brook, Ray Brook NY 12977

Francis MONAC #E7594-068   Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

AND NOW, THIS 10 DAY OF Oct 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS GRANTED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE