# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### Civil Action No. 06-489
### (Criminal No. 02-245)

**WILLIAM P. MONAC III**

V.

**U.S.**

---

## MOTION FOR CERTIFICATE OF APPEALABILITY ("COA")

---

AND NOW, THIS 10 DAY OF Oct 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

**WILLIAM P. MONAC III** pro se
07594-068
FCI RAY BROOK
P.O. BOX 900
RAY BROOK, NY 12977