IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 02-245 |
| | ) | |
| WILLIAM P. MONAC III | ) | |

O R D E R

AND NOW, to wit, this 4th day of August, 2008, the Court having considered the motion of the government to destroy certain seized property, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that law enforcement officers from the Pennsylvania State Police are hereby permitted to destroy the items set forth in Exhibit A to the government's motion.

_____
GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE